In the United State district

For the Middle district of Tennessee

6th ~~Stre~~ division (Nashville)

RECEIVED
IN CLERK'S OFFICE

NOV 0 4 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

Attachment: Exhibit: "P"

"Plaintiff"

U.S.A

VS.

"Defendant"

Philander S. McFarland #222442                    CR Case: 3:03-cr-42-1

_The United States shall file a response to this motion and the motions (Doc Nos. 98, 99 and 101) within 20 days pending of this order. It is so order. U.S.M.J    7-18-14_

## Motion

CORRECTING or Reducing a Sentence Title: 18-U.S.C. pursuant to Rule (35)(b)(1) capital (c) with Exhibit: "P". UNDER S.T.G./Criminal Street gang title: 18-521 (a)/capital (C) and lower case (c) (3) (d)(1)(2)(3)(ii)(D)

My names Philander. S. McFarland #222442 I am a African-American. Age 39 and I'm Fom Nashville TN. I've lived in Nashville For over 20 years, I am currently housed at C.C.A. South Central Corrections, P.O. Box 279 Clifton TN. 39425 I have been imprison here at South Central Corrections For 7 years and, have been in imprisonment "over a decade". Exhibit: "P" is explained below...

Howard #443399 Crip/African-American Harris #335934 Blood/African-American Hollingsworth #263495 Crip/African-American these are the true Identity of criminal Street Gang memebers. "Please" do not try to question, any of these "defendants" and waste valuable time, and man power... "due to the complexity of this case, do not question any of the "defendants" without my "substainal assistance"... due to their "sensitive testimonys" and etc... If you do question any of them It may result, a death of either of the "defendants". And etc...

Listed under S.T.G. Exhibit: "P" are the essentail elements (Basic) to a furture prosecution under title: 18-521 Criminal Street Gangs. U.S.C. (a) capital (c) and lower case (c)(3)(d)(1)(2)(3)(ii)(D) / S.T.G. means Security Thereat Group. "Correctional Officer" L. Brewer "Caucasain dialect" of C.C.A. South Central Corrections Was Fired For Bringing heroin. into the facility For the Bloods and Crips...

## "Evidence" verification

I have read the foregoing motion and, here by "verify" that the matters alleged therein are true, except as to matters alleged on Information and Belief and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Philander S. McFarland #222442
S.C.C.
P.O. Box 279
Clifton TN. 39435