UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| v. | ] | No. 3:03-00042 |
| | ] | JUDGE HAYNES |
| PHILANDER McFARLAND | ] | |
| Defendant. | ] | |

## ORDER

Before the Court are Defendant's *pro se* Motion to Seal (Docket Entry No. 125) and Motion to Consolidate Response (Docket Entry No. 126).

Defendant's Motions refer to a lawsuit he initiated arising from an alleged copyright infringement. They are not related in any way to the Defendant's conviction or continued incarceration. Therefore, in the absence of any relevance to this case, Defendant's Motions are hereby **DENIED**.

It is so **ORDERED**.

ENTERED this the 23rd day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge