IN the United State district

FOR the Middle district of Tennessee

6th — division (Nashville)

RECEIVED
IN CLERK'S OFFICE

NOV 0 4 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

Attachment: Exhibit "P"

"Plaintiff"

U.S.A

VS.

"Defendant"

Philander. S. McFarland #222442

CR case: 3:03-cr-42-1

ORDER

The United States
has 30 days to respond to
this motion as wellas
the Defendant's
other
motions
Its Nos
98, 99 and
101.
[signature]
U.S.M.J
10-30-14

## Motion
(correcting or reducing a sentence)
Title: 18.U.S.C. pursuant to Rule (35)(b)(1)(capital (c)) with Exhibit "P".
Under S.T.G. criminal street gang title: 18.521 (a)(capital (c)) and lower case (c) (3)
(d)(1)(2)(3)(i)(D)

My names Philander. S. McFarland #222442 I am a African-American. Age 39 and I'm from
Nashville TN. I've lived in Nashville for over 20 years. I am currently housed at C.C.A.
South Central Corrections, P.O. Box 279 Clifton TN. 38425 - I have been imprison here at
South Central Corrections for 7 years and, have been in imprisonment over a decade.
Exhibit "P" is explained below....

Howard #44399 Crip/African-American, Harris #335934 Blood/African-American, Hollingsworth
#263495 Crip/African-American, these are the true Identity of criminal street gang memebers.
"Please", do not try to question, any of these "defendants" and waste a valuable time. and man power
"due to the complexity of this case, do not question any of the "defendants" without my
"substainal assistance". due to their "sensitive testimonys" and etc., If you do, a question any of the them
it may result, a death of either of the "defendants". And etc...
Listed under S.T.G. Exhibit "P" are the essentail elements (Basic) to a
furture prosecution under title: 18.521 Criminal Street Gang, U.S.C (a) capital (c) and
lower case (c)(3)(d)(1)(2)(3)(ii)(D) / S.T.G. means Security Threat Group..
"Correctional Officer" L. Brewer "caucasian dialect" of C.C.A. South Central Corrections
was fired for bringing heroin, into the facility for the Bloods and Crips...

## "Evidence" verification

I have read the foregoing motion and here by "verify" that the matters alleged
therein are true, except as to matters alleged on information and belief and, as
to those, I believe them to be true. I certify under penalty of perjury that the
foregoing is true and correct.              Philander S. McFarland #222442
                                            S.C.C.
                                            P.O. Box: 279
                                            Clifton TN. 38425