"Good evening", dear Chief Judge, Haynes.....
United States distr.
court for the middle dist.
of Tennessee (Nash. TN.) div. 6th

Case: 3:03-cr-42

Attachment: Exhibit: "Ann"...
"Probable cause" #4

"Plaintiff" address:
Mr. Philander S. McFarland #16362-
"Federal Correctional Complex-1-U.S.P
P.O. Box: 1033 Coleman Fl. 33521-0879...
"defendant" address:
"Ms. debby sawyer - U.S. distr. Court Middle Tenn. (Nashville) div. 6th Room: 800 Nash. TN. 3720

Motion to seal
Tampering with offical documents
18-211 U.S.C.

On or around March 11, 2014... I Mr. Philander S. McFarland, filed a civil suit against "Ms. Stephanie A. Pool... while during a thorough investigate of title: 18.521 I learn, threw a "reliable informant," that a Ms. debby sawyer - U.S. distr. Court Middle Tenn. (Nash.) div. 6th Room: 800 Nashville TN. 37203....Has been tampering with, "Attachment: "Probable cause" #4 case: 3:14-cv-1328 and case: 3:14-mc-499....date: 6-20-14... To abide, their lawless money thefts from The U.S. distr. Court Middle Tenn. (Nashville) div. Room: 800 Nash. TN. 37203... Attachment: Exhibit: "Ann",.... case: 3:14-cv-1328 document: 10 Filed 7-02-14 Page: Id, 19...

Mr. Philander S. McFarland #16362-
P.O. Box: 1033
Coleman Fl. 33521-0879...
→ post date: 10-28-14

ORDER
This motion is
DENIED.
10-30-14

Case 3:03-cr-00042 Document 128 Filed 10/22/14 Page 1 of 3 PageID #: 211